1  **CAROL ANN MOSES  #164193**
   Attorney at Law
2  575 East Alluvial, Ste. 105
   Fresno, California  93720
3  Telephone:  (559) 449-9069
4  Facsimile:    (559) 513-8530

5  Attorney for Defendant, Lauren Massengill

6

7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | CASE NO.  6:13-mj-00077-MJS
12 |         Plaintiff,                |
13 |         v.                        | **STIPULATION TO CONTINUE REVIEW HEARING TO FEBRUARY 5, 2015; ORDER THEREON**
14 | LAUREN MASSENGILL,                |
15 |         Defendant.                |

16

17       **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their

18 respective attorneys of record herein, that the Review Hearing in the above captioned matter set

19 for February 3, 2015 **be continued to February 5, 2015, at 10:00 A.M.**  Defense Counsel has

20 other cases on calendar in Yosemite on February 5th and would like to consolidate trips to

21 Yosemite.  If approved, Defense Counsel will make every effort to notify Ms. Massengill of the

22 change of dates.

23 Dated:  January 27, 2015                    /s/ Carol Ann Moses
                                               CAROL ANN MOSES
24                                             Attorney for Defendant,
                                               LAUREN MASSENGILL
25

26 Dated:  January 27, 2015                    /s/ Matthew McNease
                                               MATTHEW McNEASE
27                                             Legal Officer
                                               National Park Service
28

STIPULATION TO CONTINUE
REVIEW HEARING
TO FEBRUARY 5, 2015

1

1
2                                             ORDER
3
       The above STIPULATION TO CONTINUE REVIEW HEARING TO FEBRUARY 5,
4
  2015, in Case No. 6:13-mj-00077-MJS is hereby approved and adopted as the Order of this Court.
5
6  IT IS SO ORDERED.
7
       Dated:    January 27, 2015              /s/ *Michael J. Seng*
8                                              UNITED STATES MAGISTRATE JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
   STIPULATION TO CONTINUE
   REVIEW HEARING
   TO FEBRUARY 5, 2015
                                                                                              2